**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

NICHOLAS BEDNARZ,

        Plaintiff,

v.                                                                    Case No. 5:11-cv-506-Oc-34TBS

PAT THE PLUMBER, INC. and
PATRICK WALSH, SR.,

        Defendants.
_____

## **SCHEDULING ORDER**

Pursuant to Fed. R. Civ. P. 16, the Court finds it necessary to implement a schedule tailored to meet the particular circumstances of this case which is based on the Fair Labor Standards Act ("FLSA").  Therefore, consistent with the just, speedy and inexpensive administration of justice (Fed. R. Civ. P. 1), it is

**ORDERED** that the provisions of Rule 26 (a)(1) and Local Rule 3.05 (c)(2)(B) and (d) concerning the initial disclosures and filing of a case management report are hereby waived. Instead, the parties shall comply with the following schedule:

    1.    No later than 15 days from the date of this Order, Plaintiff shall answer the Court's Interrogatories (attached to this Order) under oath or penalty of perjury, serve a copy on Defendants, and file the answers with the Court entitled "Notice of Filing Answers to Court's Interrogatories."

    2.    No later than 15 days after Plaintiff files Answers to the Court's Interrogatories, Defendants shall serve on Plaintiff and file with the Court a Verified Summary of all hours

worked by Plaintiff during each relevant pay period, the rate of pay and wages paid, including overtime pay, if any.  No later than 15 days after Plaintiff files Answers to the Court's Interrogatories, Defendants shall also serve on Plaintiff (but *not* file) a copy of all time sheets and payroll records that support or relate to the time periods in the Verified Summary.

3.     No later than 30 days after Defendants file the Verified Summary, counsel for Plaintiff and Defendants shall meet and confer in person in a good faith effort to settle all pending issues, including attorneys fees and costs.[1]  Counsel shall have full authority to settle, and shall set aside sufficient time for a thorough, detailed, and meaningful conference that is calculated to fully resolve the case by agreement.

4.     No later than 10 days after the settlement conference, counsel shall jointly file a Report Regarding Settlement that notifies the Court whether:  1.) the parties have settled the case;  2.) the parties have not settled but wish to continue settlement discussions for a specific period of time;  3.) the parties wish to engage in a formal mediation conference before a specific mediator on or before a specific date;  4.) either party requests a settlement conference before the United States Magistrate Judge; or 5.) the parties have exhausted all settlement efforts and will file immediately a Case Management Report[2] signed by counsel for all parties.

---

[1] In the case of an individual party who is not represented by counsel, the individual shall comply with the provisions of this Order.

[2] The CMR form is available online at http://www.flmd.uscourts.gov, then select Judicial Information, District Judges, then select the District Judge assigned to the case.

5. The parties may consent to the conduct of all further proceedings in this case by the United States Magistrate Judge (consent form attached). Absent consent, the Magistrate Judge shall prepare a report and recommendation as to whether any settlement is a "fair and reasonable resolution of a bona fide dispute" over FLSA issues. See Lynn's Food Stores, Inc. v. United States, 679 F.2d 1350, 1354-55 (11th Cir. 1982).

6. Due to the volume of cases based on the FLSA, the Court expects strict adherence to these deadlines. Exceptions will be granted only for compelling reasons. Failure to comply may result in the imposition of sanctions, including but not limited to the dismissal of the case and the striking of pleadings.

7. Until further order of this Court, all discovery in this case is **STAYED**, except as provided in this Order.

8. Either party, for good cause shown, may move to alter this schedule should circumstances warrant.

**DONE** and **ORDERED** in Chambers, this 5th day of October, 2011.

*/s/ Marcia Morales Howard*
MARCIA MORALES HOWARD
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

## COURT'S INTERROGATORIES TO PLAINTIFF

1. During what period of time were you employed by the Defendant?

2. Who was your immediate supervisor?

3. Did you have a regularly scheduled work period? If so, specify.

4. What was your title or position? Briefly describe your job duties.

5. What was your regular rate of pay?

6. Provide an accounting of your claim, including:

    (a) dates
    (b) regular hours worked
    (c) over-time hours worked
    (d) pay received versus pay claimed
    (e) total amount claimed

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

8. Was this complaint written or oral? (If a written complaint, please attach a copy).

9. What was your employer's response? (If a written response, please attach a copy).

10. Did you maintain any records of the hours you worked? If so, identify all such records.

_____

STATE OF FLORIDA
COUNTY OF _____

BEFORE ME, the undersigned authority, on this day, personally appeared _____, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this _____ day of _____, 2011.

                                                  NOTARY PUBLIC

                                                  _____

Notary Stamp                                  Signature of Person Taking Acknowledgment
                                                          Print Name:
                                                          Title:  Notary Public
                                                         Serial No. (if any):
                                                         Commission Expires: