UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**NICHOLAS BEDNARZ,**          CASE NO.:5:11-CV-506-OC-34TBS

  **Plaintiff,**

vs.

**PAT THE PLUMBER, INC., A
FLORIDA CORPORATION, AND
PATRICK WALSH, SR.,
INDIVIDUALLY,**

  **Defendants.**
_____/

**PLAINTIFF'S NOTICE OF FILING ANSWERS TO
COURT'S INTERROGATORIES**

Pursuant to this Court's Scheduling Order dated October 5, 2011 (D.E. 8) Plaintiff, NICHOLAS BEDNARZ gives notice of filing his attached Responses to this Court's Interrogatories (*attached hereto as Exhibit "A"*).

DATED this 18th day of October, 2011.

          **/s/ C. RYAN MORGAN**
          C. RYAN MORGAN, ESQ.
          Florida Bar No. 0015527
          Morgan & Morgan, P.A.
          20 N. Orange Ave., 4th Floor
          P.O. Box 4979
          Orlando, FL 32802-4979
          Phone:  (407) 420-1414
          Fax: (407) 420-5956
          Email: rmorgan@forthepeople.com
          *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 18, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to the following: Kenneth B. Schwartz, Esq., KENNETH B. SCHWARTZ, P.A., 1803 South Australian Ave., Suite F, West Palm Beach, FL  33409, Telephone: (561) 478-5056, Facsimile: (561) 296-9956, E-mail: KBS@flalaw.com, Attorney for Defendants.

**/s/ C. RYAN MORGAN**
C. Ryan Morgan, Esq.