**EXHIBIT "A"**

### INTERROGATORIES TO PLAINTIFF
(To be completed by each Plaintiff joining suit)

1. During What period of time were you employed by the Defendant? **8/1/2009-4/23/2010**

2. Who was your immediate supervisor? **"Tim" (Patrick Walsh's son in law)**

3. Did you have a regularly scheduled work period? If so, specify. **Schedule varied.**

4. What was your title or position? Briefly describe your job duties. **Apprentice to become a plumber.**

5. What was your regular rate of pay? **$13.00/hour**

6. Provide an accounting of your claim, including:

    a. Dates – **8/1/2009-4/23/2010 (37 weeks)**

    b. regular hours worked – **40 hours**

    c. over-time hours worked – **5-10 hours per week on average**

    d. pay received versus pay claimed – **I was not paid for time loading and unloading the truck twice each day and not paid for wait time where they had me sit around and wait. I worked about 50 hours my last week and was not paid.**

    e. total amount claimed –

### OVERTIME CLAIM:

- $19.50/hr (time & ½ of $13.00/hr) x 7.5 overtime hours unpaid per week on average = $146.25 x 34 weeks (estimated minus holidays, etc.) = $4,972.50 x 2 (liquidated damages) = $9,945.00

### MINIMUM WAGE (not paid for last week of work):

- $7.25/hr x 40 hours per week = $290.00 for the week + $10.88 (time & ½) x 10 overtime hours per week = $108.80 = $398.80 x (2 liquidated damages) = $797.60

- TOTAL AMOUNT OWED – **$10,742.60**

\* Plus attorney's fees and costs.

* Accounting of claim is based on the evidence available as of today's date and is based upon estimates and averages. Plaintiff reserves the right to amend answers to Court Interrogatories.
* This calculation was made by my attorney.

7. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA? **Yes. About two months after I started.**

8. Was this complaint written or oral? (If written complaint, please attach a copy). **Oral**

9. What was your employer's response? (If a written response, please attach a copy). **They ignored me and never wanted to discuss it.**

10. Did you maintain any records of the hours you worked? If so, identify all such records.

**No but, the Department of Labor should have records from their investigation concerning my hours and wages.**

Executed this _18_ day of October, 2011, in _Sumter_ County, Florida.

I, NICHOLAS BEDNARZ declare under penalty of perjury that the foregoing is true and correct.

_____
NICHOLAS BEDNARZ