UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NICHOLAS BEDNARZ,                                        CASE NO.: 5:11-cv-00506-MMH-TBS

    Plaintiff,

v.

PAT THE PLUMBER, INC., a Florida
Corporation, and PATRICK WALSH, SR.,
individually,

    Defendants.
_____/

**DEFENDANTS' NOTICE OF SERVICE
OF SUMMARY OF HOURS WORKED**

PLEASE TAKE NOTICE that the Defendants, PAT THE PLUMBER, INC., and PATRICK WALSH, SR., have served on the Plaintiff this date an <u>un</u>verified copy of their summary of all hours worked by the Plaintiff, as well as time sheets and payroll records that support or relate to the time periods noted therein.  Defendants will file with the Court the verified version as soon as the summary can be notarized and returned to counsel.

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed this 11th day of November, 2011, with the Clerk of the Court using the CM/ECF system, which will serve notice of same on C. Ryan Morgan, Esq., Morgan & Morgan, P.A., 20 N. Orange Ave., Orlando, FL 32802, rmorgan@forthepeople.com.

By: _____
Kenneth B. Schwartz, Esq.
Fla. Bar No. 478695
E-Mail: kbs@flalaw.com