UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NICHOLAS BEDNARZ,                              CASE NO.:5:11-CV-506-OC-34TBS

    Plaintiff,

vs.

PAT THE PLUMBER, INC., A
FLORIDA CORPORATION, AND
PATRICK WALSH, SR.,
INDIVIDUALLY,

    Defendants.
_____/

## JOINT RESPONSE TO THIS COURT'S ORDER DATED FEBRUARY 16, 2012

Plaintiff, NICHOLAS BEDNARZ (hereinafter "Plaintiff"), and Defendants, PAT THE PLUMBER, INC., A FLORIDA CORPORATION, AND PATRICK WALSH, SR., INDIVIDUALLY ("Defendants") (collectively "the Parties"), jointly file this Response to this Court's Order dated February 16, 2012 and state as follows:

1. In regard to the confidentiality clause and general release, the Parties have agreed to remove these clauses from the settlement agreement. The Parties anticipate filing an amended, executed agreement with this Court within fourteen (14) days.

2. In regard to liquidated damages, Plaintiff knowingly relinquished his right to liquidated damages. Due to Defendants' pay and time records, which showed numerous overtime hours worked and paid, Plaintiff recognized that Defendants had a potential good-faith basis to avoid liquidated damages if this matter proceeded. Plaintiff agreed to waive his liquidated damages in exchange for receiving the full amount of base overtime damages which

the Department of Labor determined he was owed.  Plaintiff knowingly relinquished his right to liquidated damages to ensure a timely recovery of his overtime wages.

WHEREFORE, Plaintiff and Defendants jointly and respectfully request that this Court approve the amended settlement agreement (upon the filing of the amended settlement agreement) and dismiss the instant action with prejudice.

Respectfully submitted this 1st day of March, 2012.

| **/s/ C. Ryan Morgan**<br>C. Ryan Morgan, Esq.<br>FLBN: 0015527<br>Morgan & Morgan, P.A.<br>20 N. Orange Ave., 14th Floor<br>P.O. Box 4979<br>Orlando, FL 32802-4979<br>Telephone: (407) 420-1414<br>Facsimile: (407) 425-8171<br>Email: RMorgan@forthepeople.com<br>***Attorney for Plaintiff*** | **/s/ Kenneth B. Schwartz**<br>Kenneth B. Schwartz, Esq.<br>FLBN: 478695<br>KENNETH B. SCHWARTZ, P.A.<br>1803 South Australian Ave.<br>Suite F<br>West Palm Beach, FL  33409<br>Telephone: (561) 478-5056<br>Facsimile: (561) 296-9956<br>E-mail: KBS@flalaw.com<br>***Attorney for Defendants*** |
|---|---|