UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NICHOLAS BEDNARZ,                    CASE NO.:5:11-CV-506-OC-34TBS

      Plaintiff,

vs.

PAT THE PLUMBER, INC., A
FLORIDA CORPORATION, AND
PATRICK WALSH, SR.,
INDIVIDUALLY,

      Defendants.
_____/

## NOTICE OF FILING SETTLEMENT AGREEMENT

    Plaintiff, NICHOLAS BEDNARZ, by and through the undersigned counsel, hereby gives notice of filing the Parties' amended Settlement Agreement *(Exhibit "A")* reflecting the changes made in accordance with this Court's Order of February 16, 2012 (D.E.16) and the Parties' Joint Response to this Court's Order Dated February 16, 2012 (D.E. 17).

    Dated this 15th day of March, 2012.

                                        **/s/ C. RYAN MORGAN**
                                        C. Ryan Morgan, Esq.
                                        FLBN: 0015527
                                        MORGAN & MORGAN, P.A.
                                        20 N. Orange Ave., 14th Floor
                                        P.O. Box 4979
                                        Orlando, FL 32802-4979
                                        Telephone: 407-420-1414
                                        Facsimile: 407-420-5956
                                        E-mail: RMorgan@forthepeople.com
                                        *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on March 15, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which I understand will send a notice of electronic filing to the following: Kenneth B. Schwartz, Esq., KENNETH B. SCHWARTZ, P.A., 1803 South Australian Ave., Suite F, West Palm Beach, FL  33409, Telephone: (561) 478-5056, Facsimile: (561) 296-9956, E-mail: KBS@flalaw.com, Attorney for Defendants.

                                                             **/s/ C. RYAN MORGAN**
                                                             C. Ryan Morgan, Esq.